UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 719 PENSION TRUST FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>DICK'S SPORTING GOODS, INC., et al.,<br><br>       Defendants. | Civ. Action No. **2:24-cv-00196-JNR-KT**<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD COUNSEL** |

4887-9512-1605.v1

WHEREAS, on February 16, 2024 plaintiff Plumbers and Pipefitters Local Union No. 719 Pension Trust Fund commenced the above-captioned action by filing a securities class action complaint on behalf of a putative class of purchasers or acquirers of Dick's Sporting Goods, Inc. common stock;

WHEREAS, on April 22, 2024, the State of Rhode Island Office of the General Treasurer, on behalf of the Employees' Retirement System of the State of Rhode Island ("Rhode Island"), moved this Court for appointment as lead plaintiff and approval of its selection of counsel (*see* ECF 21);

WHEREAS, on April 22, 2024, Western Pennsylvania Teamsters and Employers Pension Fund ("Western Pennsylvania Teamsters") moved this Court for appointment as lead plaintiff and approval of its selection of counsel (*see* ECF 17);

WHEREAS, on April 22, 2024, James Boettge moved this Court for appointment as lead plaintiff and approval of its selection of counsel (*see* ECF 14);

WHEREAS, on April 23, 2024, James Boettge withdrew his motion for appointment as lead plaintiff and approval of his selection of counsel (*see* ECF 24);

WHEREAS, the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B)(iii), provides, among other things, that the most adequate plaintiff to serve as lead plaintiff is, in the determination of the Court, the "person or group of persons" that has the largest financial interest in the relief sought by the class and otherwise satisfies the relevant requirements of Rule 23 of the Federal Rules of Civil Procedure;

WHEREAS, Rhode Island and Western Pennsylvania Teamsters have provided signed, sworn Certifications in support of their motions for appointment as lead plaintiff setting forth, among other things, their Class Period transactions in Dick's Sporting Goods, Inc. (*see* ECF 23-3, 19-2);

WHEREAS, 15 U.S.C. §78u-4(a)(3)(B)(v) provides that, subject to the approval of the Court, the most adequate plaintiff will select and retain counsel to represent the class, and Rhode Island has

selected and retained the law firm of Pomerantz LLP, and Western Pennsylvania Teamsters has selected and retained the law firm of Robbins Geller Rudman & Dowd LLP, to pursue this litigation on behalf of the class if they are appointed lead plaintiff;

WHEREAS, after reviewing each other's respective submissions in connection with the motions, Rhode Island and Western Pennsylvania Teamsters – as the only movants still in contention for appointment as lead plaintiff – met and conferred through their counsel and agreed to resolve their competing motions and to seek, with the Court's approval, to serve as lead plaintiff and for their respective selections of counsel, the law firms of Pomerantz and Robbins Geller, to serve as lead counsel;

NOW, THEREFORE Rhode Island and Western Pennsylvania Teamsters hereby stipulate and agree and respectfully request that the Court enter an Order as follows:

1. Pursuant to 15 U.S.C. §78u-4(a)(3)(B), Rhode Island and Western Pennsylvania Teamsters are appointed Lead Plaintiff for the class; and

2. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Pomerantz LLP and Robbins Geller Rudman & Dowd LLP are approved as Lead Counsel. Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

    (a) the briefing and argument of any and all motions;

    (b) the conduct of any and all discovery proceedings including depositions;

    (c) settlement negotiations;

    (d) the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

    (e) the preparation and filing of all pleadings; and

    (f) the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

3. All securities class actions arising out of the same facts and claims on behalf of purchasers of Dick's Sporting Goods, Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action. The parties shall notify this Court of any other such related action within a reasonable time of becoming aware of such related action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

4. Every pleading in this action, and any related action that is consolidated with this action, shall hereafter bear the following caption:

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| IN RE DICK'S SPORTING GOODS, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civ. Action No. 2:24-cv-00196-JNR-KT<br><br>CLASS ACTION<br><br>[TITLE OF DOCUMENT] |
|---|---|---|

5. Counsel in any related action that is consolidated with this action shall be bound by the organization of plaintiffs' counsel as set forth herein.

- 3 -

IT IS SO STIPULATED.

DATED:  June 11, 2024  SAXTON & STUMP
LAWRENCE F. STENGEL (P.A. Bar # 32809)

s/ Lawrence F. Stengel
LAWRENCE F. STENGEL

280 Granite Run Drive, Suite 300
Lancaster, PA  17601
Telephone:  717/556-1000
717/441-3810 (fax)
lfs@saxtonstump.com

Liaison Counsel for Western Pennsylvania Teamsters

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Counsel for Western Pennsylvania Teamsters and Proposed Lead Counsel

DATED:  June 11, 2024  LAW OFFICE OF ALFRED G. YATES, JR., P.C.
ALFRED G. YATES, JR. (PA17419)
GERALD L. RUTLEDGE (PA62027)

s/ Alfred G. Yates, Jr. (w/ permission)
ALFRED G. YATES, JR.

1575 McFarland Road, Suite 305
Pittsburgh, Pennsylvania 15216
Telephone: 412/391-5164
412/471-1033 (fax)
yateslaw@aol.com

- 4 -

- 5 -

Liaison Counsel for Rhode Island

POMERANTZ LLP
JEREMY A. LIEBERMAN
J. ALEXANDER HOOD II
THOMAS H. PRZYBYLOWSKI
600 Third Avenue, 20th Floor
New York, NY  10016
Telephone:  212/661-1100
212/661-8665 (fax)
jalieberman@pomlaw.com
ahood@pomlaw.com
tprzybylowski@pomlaw.com

Counsel for Rhode Island and Proposed Lead Counsel

\*     \*     \*

## ORDER

IT IS SO ORDERED.

DATED: July 30, 2024

_____
THE HONORABLE KEZIA O. L. TAYLOR
UNITED STATES MAGISTRATE JUDGE