**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE DICK'S SPORTING GOODS, INC. SECURITIES LITIGATION | )<br>)<br>)<br>)    Case No. 2:24-cv-00196-NR-KT<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION FOR LEAVE TO FILE SINGLE BRIEF AND EXPAND PAGE LIMITS FOR**
**DEFENDANTS' BRIEFING IN SUPPORT OF MOTION TO DISMISS**

Upon consideration of the Motion filed by Defendants seeking leave to file a single opening brief on behalf of all Defendants of up to 45 pages and to file a reply brief of up to 15 pages in support of Defendants' forthcoming Rule 12 motion(s) to dismiss Plaintiffs' Consolidated Class Action Complaint (ECF 51) (the "Complaint"), it is hereby **ORDERED** that the Motion is **GRANTED.  IT IS FURTHER ORDERED THAT**:

1.    Defendants Dick's Sporting Goods, Inc., Edward W. Stack, Navdeep Gupta, and Lauren R. Hobart may file a single opening brief in support of their forthcoming Rule 12 motion(s) to dismiss the Complaint on behalf of all Defendants of up to 45 pages.

2.    Plaintiffs may file a brief in opposition of up to 45 pages.

3.    Defendants may file a single reply brief on behalf of all Defendants of up to 15 pages.

Dated:  December 5, 2024

s/Kezia O. L. Taylor
Kezia O. L. Taylor
U.S. Magistrate Judge