**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE DICK'S SPORTING GOODS, INC.
SECURITIES LITIGATION

)
)
)
)
)
)    Civil Action No. 2:24-cv-00196-NR-KT
)
)
)
)
)
_____ )

## **ORDER**

AND NOW, this 20th day of August, 2025, it is hereby ORDERED that the Time-Sensitive Motion for Extension of Time and For Briefing Schedule for Any Objections to Report and Recommendation (ECF No. 71) is GRANTED.  IT IS FURTHER ORDERED that:

1.    Any objections to the R&R by any party shall be filed within thirty (30) days of the filing and service of the R&R, so by September 11, 2025;

2.    Any responses to any objections to the R&R by any party shall be filed within thirty (30) days of the filing and service of the objections;

3.    A short reply is allowed to any party filing objections to the R&R and shall be filed within fourteen (14) days of any responses to objections;

4.    Any objections should be no more than 25 pages, any responses to objections should be no more than 25 pages, and any reply should be no more than 10 pages; and

5.    To the extent the parties file any objection, response, or reply, Lead Plaintiffs and Defendants will each make a single consolidated filing on behalf of all Lead Plaintiffs and Defendants, respectively.

s/ J. Nicholas Ranjan
United States District Judge