APPENDIX A
**Challenged Statements Regarding Inventory and Demand for Outdoor Products[1]**

| Number | | Date & Source | Statement | Objections Section |
|---|---|---|---|---|
| Mot. | R&R | | | |
| 1. | (1) | 2Q22 Earnings Release<br><br>08/23/22<br><br>¶140<br><br>Ex. 24 at Ex. 99.1, 1 | "***Our inventory is healthy and well-positioned***, and we are excited about our assortment for the back-to-school season." (Hobart) | • § I.A (forward-looking)<br><br>• § I.B (opinion)<br><br>• § I.C (general optimism)<br><br>• § I.D (not false or misleading) |
| 2.[2] | N/A[2] | 2Q22 Conference Call<br><br>08/23/22<br><br>¶141<br><br>Ex. 7 at 4 | "***Our inventory is healthy and well positioned . . . .***" (Hobart) | • § I.A (forward-looking)<br><br>• § I.B (opinion)<br><br>• § I.C (general optimism)<br><br>§ I.D (not false or misleading) |
| 3. | (2) | 2Q22 Conference Call<br><br>08/23/22<br><br>¶141<br><br>Ex. 7 at 7 | "As Lauren [Hobart] said, ***our inventory is healthy and well positioned***." (Gupta) | • § I.A (forward-looking)<br><br>• § I.B (opinion)<br><br>• § I.C (general optimism) |

---

[1] This Appendix A is an index of the challenged statements indicating the number assigned by the R&R (in column "R&R"), the date and source of the statements, the applicable sections of the Objections filed by Defendants, and the original number assigned to each statement in Defendants' Motion to Dismiss (in column "Mot.") (ECF No. 59-1). This index does not address the Objections' scienter arguments.

The statements are reproduced from the Complaint (ECF No. 51). "¶ _" refers to paragraphs in the Complaint and "Ex. _" refers to exhibits submitted with the Motion to Dismiss (ECF No. 60). All emphasis has been supplied by Plaintiffs in the Complaint (but is not shown in the R&R).

[2] The R&R does not separately address this statement.

| Number | | Date & Source | Statement | Objections Section |
| Mot. | R&R | | | |
|---|---|---|---|---|
| | | | | • § I.D (not false or misleading) |
| 4. | (3) | 2Q22 Conference Call 08/23/22 ¶141 Ex. 7 at 10 | "We feel really, really good about where our inventory right now is, especially as we head into the important back-to-school season. ***We feel good about the inventory levels and our overall composition of the inventory itself.  It's very well positioned and very healthy***."  (Gupta) | • N/A; R&R recommends dismissal as "statement[] of corporate optimism." R&R 13.[3] |
| 5. | (4) | 2Q22 Conference Call 08/23/22 ¶¶142-43 Ex. 7 at 12 | Q:  "Can you dig in and give us some color on how the pandemic win[n]er categories, in particular, have performed the last few quarters?  Are they still normalizing and dragging on that overall comp?  Or has that started to normalize and stabilize?  Just trying to think through kind of how those categories are going to drag or not drag on comps from here." A:  "Warren, so the 'pandemic-winning' categories, and by the way, there were a lot of pandemic-winning categories, including footwear and apparel, which remained incredibly strong, ***some of the more specific pandemic winners like fitness or outdoor equipment[,] bikes, those are acting in line with our expectations and, in fact, are still significantly above 2019 levels.  So while there is some adjustment going on year-to-year due to the surge in those businesses, they are significantly higher than they were pre-pandemic***."  (Hobart) | • § I.A (forward-looking) • § I.B (opinion) • § I.C (general optimism) • § I.D (not false or misleading) |

---

[3]  The R&R recommends that R&R statements (3), (7), (8), (9), (17), and (19) are not actionable statements (R&R 13-14).  Defendants are not objecting to the R&R's conclusion that these statements are not actionable.  Defendants argued these statements are not actionable on these grounds and on other grounds in their Motion to Dismiss briefing.  *See* Appendix A submitted with Motion (ECF No. 59-1).

| Number | | Date & Source | Statement | Objections Section |
|---|---|---|---|---|
| Mot. | R&R | | | |
| 6. | (5) | 2Q22 Conference Call<br><br>08/23/22<br><br>¶¶144-45<br><br>Ex. 7 at 20 | Q: "In terms of the inventory, how is the flow of goods these days in apparel versus footwear versus hardware? Like are you seeing — I mean, hardlines.  Are you seeing differences among the categories and the flow of goods and are you getting things on time?  Are you still finding you need to kind of accelerate orders or order more than you anticipate getting because you won't get the full order fulfilled?"<br><br>A:  "Our inventory, overall, I think it's important just to restate that ***our inventory is very healthy and we do not — we are not concerned that there's toxicity in our inventory***. Our flow of goods has improved significantly category by category throughout the last 2.5 years.  It's been a series of different challenges.  The most recent challenge was apparel, as I mentioned, but we are — that is moving now, and we are working through the backlog that was there and clearing that through, and it is affecting our sales as well."  (Hobart) | • § I.A (forward-looking)<br>• § I.B (opinion)<br>• § I.C (general optimism)<br>• § I.D (not false or misleading) |
| 7. | (6) | 2Q22 Conference Call<br><br>08/23/22<br><br>¶145<br><br>Ex. 7 at 20 | "When it comes to some of our hardline categories, say, fitness and outdoor equipment, we have bought — that is — ***we have a lot of inventory there that we just — we're buying around for next year.  So no issues with flow there***."  (Hobart) | • § I.A (forward-looking)<br>• § I.B (opinion)<br>• § I.C (general optimism)<br>• § I.D (not false or misleading) |
| 8. | (7) | 3Q22 Conference Call<br><br>11/22/22<br><br>¶147<br><br>Ex. 8 at 5 | "Looking ahead, ***our inventory is healthy and well-positioned***, and we are excited about the assortment we have in place for the holiday season.  Because of our continued strong performance, quality of inventory and the confidence we have in our business, we are raising our full year outlook."  (Hobart) | • N/A; R&R recommends dismissal as "forward-looking statement[]." R&R 13-14. |

| Number | | Date & Source | Statement | Objections Section |
|---|---|---|---|---|
| Mot. | R&R | | | |
| 9. | (8) | 3Q22 Conference Call<br><br>11/22/22<br><br>¶147<br><br>Ex. 8 at 15 | "Overall, we feel *our inventory is healthy and is very well-positioned* for the holiday season." (Gupta) | • N/A; R&R recommends dismissal as "statement[] of corporate optimism." R&R 13. |
| 10. | (9) | 3Q22 Conference Call<br><br>11/22/22<br><br>¶¶147-48<br><br>Ex. 8 at 23 | Q: "And then I think just to dig in on the inventory a little more detail or asked a different way. Is your inventory equally strong or healthy across maybe vertical brands and national brands? Or are you more exposed? Just thinking about if there was a trade down, could you get stuck with more national brand inventory that maybe the consumer is opting out of? Or how is your inventory held across the different kind of subsets of inventory?"<br><br>A: "Overall, I would say *our inventory is very healthy and very well-positioned for the holiday season. The only lump that we called out was on the athletic apparel side* and we are — much of that has been already activated here in third quarter, and we'll continue to work through that. But overall, like I said, we feel really strong about our in-stock levels going into this important holiday season." (Gupta) | • N/A; R&R recommends dismissal as "statement[] of corporate optimism." R&R 13. |
| 11. | (10) | Morgan Stanley Global Consumer & Retail Conference<br><br>12/06/22<br><br>¶¶149-50<br><br>Ex. 21 at 5 | Q: "First on top line, which categories over the next few years, do you think grow the most or least? And then with respect to durables, I guess some of the big ticket durables were the torchbearers of the pandemic, what do we — what's the outlook there? And what do you see in those categories going forward?<br><br>A: "Golf is maybe the one that if you're talking about a hardline durable, that still has some pandemic hangover, so to speak. But even that has rebaselined significantly higher | • § I.A (forward-looking)<br><br>• § I.B (opinion)<br><br>• § I.C (general optimism)<br><br>• § I.D (not false or misleading) |

A - 4

| Number | | Date & Source | Statement | Objections Section |
|---|---|---|---|---|
| Mot. | R&R | | | |
| | | | than it was in 2019.  In fact, **all of the pandemic categories, which are, again, smaller pieces of our business, so bikes, outdoor equipment, generally fitness, all have rebaselined bigger**.  So you put that aside, and that's great." (Hobart) | |
| 12. | (11) | Morgan Stanley Global Consumer & Retail Conference 12/06/22 ¶¶151-52 Ex. 21 at 5 | Q:  "You mentioned rebaseline.  So what gives you that confidence that these durables have rebaselined?  How do we know it's done . . . "  A:  "Because the sales are significantly — so if they were 'x' in 2018 or '19, and they spiked in '20 and '21, they are here now.  So **if they're not receding to the levels that they were before**.  So I think what that speaks to is that a lot of people took up outdoor activities even walking, running, biking.  So — but the behaviors have changed so much.  **So there was a surge, but it's come back at a higher level**." (Hobart) | • § I.A (forward-looking) • § I.B (opinion) • § I.C (general optimism) • § I.D (not false or misleading) |
| 13. | (12) | 4Q & FY22 Earnings Release 03/07/23 ¶153 Ex. 25 at Ex. 99.1, 1 | "As planned, we continued to address targeted inventory overages, and as a result **our inventory is in great shape as we start 2023**." (Hobart) | • § I.A (forward-looking) • § I.B (opinion) • § I.C (general optimism) • § I.D (not false or misleading) |
| 14.[4] | (13)[4] | 4Q & FY22 Conference Call 03/07/23 ¶154 | "As planned, during the holiday season, we provided our athletes with a series of compelling item level deals.  Additionally, **we continue to address targeted inventory overages due to the late arriving Sprin[g] product.  As a** | • § I.A (forward-looking) • § I.B (opinion) • § I.C (general optimism) |

---

[4]    The R&R combines the statements that were assigned numbers 14 and 15 in Defendants' Motion into a single statement, which it assigns number (13).

| Number | | Date & Source | Statement | Objections Section |
|---|---|---|---|---|
| Mot. | R&R | | | |
| | | Ex. 13 at 6 | *result of these actions, our inventory is in great shape as we start 2023* . . ." (Gupta) | • § I.D (not false or misleading) |
| 15.[4] | (13)[4] | 4Q & FY22 Conference Call<br><br>03/07/23<br><br>¶154<br><br>Ex. 13 at 7 | "Quarter inventory levels increased 23% compared to Q4 of last year. As a reminder, we were chasing inventory last year amidst industry-wide supply chain disruptions. Therefore, the more useful comparison is against 2019. Compared to Q4 of 2019, a 38% increase in sales was well ahead of our 29% increase in inventory. *Our inventory is healthy and well positioned*." (Gupta) | • § I.A (forward-looking)<br><br>• § I.B (opinion)<br><br>• § I.C (general optimism)<br><br>• § I.D (not false or misleading) |
| 16. | (14) | Bank of America Consumer & Retail Conference<br><br>03/14/23<br><br>¶¶155-56<br><br>Ex. 35 at 7 | Q: "And then just a follow-up, what is sort of the expectation for cells and maybe the nonpriority categories, maybe the more COVID beneficiaries like bikes, camping, fishing, home fitness? Are those categories still challenged? Or should they grow this year?"<br><br>A: "So again, they are a smaller piece of our business. And *each one of them had big surges, but has landed at levels that are above 2019, and we expect that to continue*. So there are strong pieces of our business. They're just going through a cycle right now overall, not impacting the total as much as the other categories are." (Hobart) | • § I.A (forward-looking)<br><br>• § I.B (opinion)<br><br>• § I.C (general optimism)<br><br>• § I.D (not false or misleading) |
| 17. | (15) | Bank of America Consumer & Retail Conference<br><br>03/14/23<br><br>¶157<br><br>Ex. 35 at 12 | Q: ["Later in the call, an analyst asked Stack about DSG's vertical brands, *i.e.*, brands that the Company itself owns."]<br><br>A: "But what we have — I think, has lost at times, we have a really robust and profitable hardline side of the business from a private brand standpoint. So whether it's in Maxfli from a golf ball standpoint, what we're doing in fitness, what we're doing in the outdoor category, so I mean our #1 brand in golf are our own brands. Our #1 brand in fitness are our own brands. *It's really an important aspect of our — of the* | • § I.B (opinion)<br><br>• § I.C (general optimism)<br><br>• § I.D (not false or misleading) |

| Number | | Date & Source | Statement | Objections Section |
|---|---|---|---|---|
| Mot. | R&R | | | |
| | | | *outdoor category we have, and these are all hard lines that, again, margin rates that are meaningfully higher than what the company as a whole is*." (Stack) | |
| 18. | (16) | 1Q23 Conference Call 05/23/23 ¶159 Ex. 10 at 7 | "***Our inventory is clean and well positioned***." (Gupta) | • § I.A (forward-looking) • § I.B (opinion) • § I.C (general optimism) • § I.D (not false or misleading) |
| 19. | (17) | 1Q23 Conference Call 05/23/23 ¶¶159-60 Ex. 10 at 9-10 | Q: "Thinking of reversion, we've talked a lot about some of the big-ticket items, ones even that were COVID winners. Curious if there's any change in underlying unit consumption there or any other — some of the COVID winning categories and how they're behaving."<br><br>A: "Yes, Simeon, I think the story for us is really about our core categories.  So we saw strong growth in footwear, in team sports, in apparel throughout the quarter.  Some of ***those COVID categories you talked about, maybe bikes or fitness, they are all – while they have retrenched, they're well above where they were in 2019, golf included***.  And we think they have long-term growth.  So we've been dealing with the pandemic quote/unquote — pandemic surging categories for some time. Our core businesses are doing very well and driving our growth." (Hobart) | • N/A; R&R recommends dismissal as statement[] of corporate optimism." R&R 13. |
| 20.[5] | (18)[5] | 1Q23 Conference Call 05/23/23 | Q: "[My] questions basically, just kind of level set here with what you're seeing versus maybe some of the noise that we — that's been taking place within your broader space.  But | • § I.A (forward-looking) • § I.B (opinion) |

---

[5]  The R&R combines the statements assigned numbers 20 and 21 in Defendants' Motion into a single statement, which it assigns number (18).

| Number | | Date & Source | Statement | Objections Section |
|---|---|---|---|---|
| **Mot.** | **R&R** | | | |
| | | ¶¶161-62<br><br>Ex. 10 at 13-14 | — so as you look at the sector now, how do you view inventories?  And I know this is a follow-up to some of the prior questions, but these inventories, it seems like DICK'S is managing them well.  I mean is there an inventory issue beyond DICK's, something you have to — give you worry about or you think about?"<br><br>A:  "So starting with inventories, we are managing our inventory well.  ***Our inventory is clean.  It's well positioned***.  And I think what's very important for — to realize is that our inventory and our products now are very narrowly distributed.  So we have more of a moat against any industry-level promotion that might have affected us in a — time ago when there was just wide distribution of similar products."  (Hobart) | • § I.C (general optimism)<br><br>• § I.D (not false or misleading) |
| 21.[5] | (18)[5] | 1Q23 Conference Call<br><br>05/23/23<br><br>¶162<br><br>Ex. 10 at 14 | "So ***we are not expecting to have — to go into a major promotional cycle here.  We're very proud and happy with the inventory levels that we have, and the assortment is a real asset here***."  (Hobart)[6] | • § I.A (forward-looking)<br><br>• § I.B (opinion)<br><br>• § I.C (general optimism)<br><br>• § I.D (not false or misleading) |
| 22.[7] | (19)[7] | 1Q23 Conference Call<br><br>05/23/23<br><br>¶163 | "Clearance was not a major factor in Q1.  Our inventory was pretty clean at the end of 2022, and we continue to feel really optimistic about our inventory on hand at the end of Q1."  (Gupta) | • N/A; R&R recommends dismissal as "statement[] of corporate optimism." R&R 13. |

[6]  The R&R includes an additional sentence at the end of this statement ("We're not experiencing any inventory flow issues.") that does not appear in the Complaint or the call transcript at Ex. 10.  *See* R&R 12 (statement (18)).

[7]  The R&R combines the statements assigned numbers 22 and 23 in Defendants' Motion into a single statement, which it assigns number (19).

| Number | | Date & Source | Statement | Objections Section |
|---|---|---|---|---|
| Mot. | R&R | | | |
| | | Ex. 10 at 20 | | |
| 23.[7] | (19)[7] | 1Q23 Conference Call<br><br>05/23/2023<br><br>¶163<br><br>Ex. 10 at 21 | "Right now, we feel that ***the inventory is clean and well positioned***."  (Gupta) | • N/A; R&R recommends dismissal as "statement[] of corporate optimism." R&R 13. |