**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE DICK'S SPORTING GOODS, INC. SECURITIES LITIGATION | Civ. Action No. 2:24-cv-00196-NR-KT<br><br>CLASS ACTION |

**DECLARATION OF ALISON B. BROCKMAN
IN SUPPORT OF DEFENDANTS' OBJECTIONS TO
MAGISTRATE JUDGE'S REPORT & RECOMMENDATION**

I, Alison B. Brockman, declare and state as follows pursuant to 28 U.S.C. § 1746:

1.      I am an associate of the law firm Wachtell, Lipton, Rosen & Katz.  I submit this declaration based on my personal knowledge and my review of the materials described below.

2.      My business address is 51 West 52nd Street, New York, New York, 10019.

3.      I was admitted *pro hac vice* by this Court on December 6, 2024 (ECF No. 57).  My bar identification number for the state of New York is 6006894.

4.      I certify that attached hereto as Exhibit A is a true and correct copy of the safe harbor statement titled "BofA Securities Consumer and Retail Conference, March 14, 2023," publicly available with the conference transcript under the heading "March 14, 2023 8:50 AM ET BofA Securities 2023 Consumer & Retail Conference" on DICK'S Sporting Goods, Inc.'s Investor Relations – Events & Presentations webpage at https://investors.dicks.com/events/default.aspx. This conference is referenced at ¶¶ 85, 155-57, and 232 of the Consolidated Complaint (ECF No. 51).

5.   Based upon the foregoing, I respectfully submit the attached document as Exhibit A in support of Defendants' Objections to Magistrate Judge's Report and Recommendation.

I declare under penalty of perjury that the foregoing statements made by me are true and correct.

Dated:  September 11, 2025                    Respectfully submitted,

*Alison Brockman*

Alison B. Brockman (NY ID 6006894)
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
Tel: (212) 403-1376
Fax: (212) 403-2000
ABBrockman@wlrk.com

*Counsel for Defendants DICK'S Sporting Goods, Inc., Edward W. Stack, Lauren R. Hobart, and Navdeep Gupta*

2

## CERTIFICATE OF SERVICE

I, Alison B. Brockman, hereby certify that on September 11, 2025, I electronically submitted the foregoing documents with the Clerk of Court for the United States District Court for the Western District of Pennsylvania, using the CM/ECF system, which will send notification of such filing to the attorneys entitled to notice who are registered users of ECF.

Respectfully submitted,

*Alison Brockman*

Alison B. Brockman (NY ID 6006894)

*Counsel for Defendants DICK'S Sporting Goods, Inc., Edward W. Stack, Lauren R. Hobart, and Navdeep Gupta*