# EXHIBIT A



**BofA Securities
Consumer and Retail Conference**
March 14, 2023

# DICK'S SPORTING GOODS, INC SAFE HARBOR STATEMENT

This presentation contains forward-looking statements made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. Forward-looking statements can be identified as those that may predict, forecast, indicate or imply future results or performance and by forward-looking words such as "believe", "anticipate", "expect", "estimate", "predict", "intend", "plan", "project", "goal", "will", "will be", "will continue", "will result", "could", "may", "might" or any variations of such words or other words with similar meanings. These forward-looking statements are subject to risks and uncertainties and change based on various important factors, many of which may be beyond our control. Our future performance and actual results may differ materially from those expressed or implied in such forward-looking statements. Forward-looking statements should not be relied upon by investors as a prediction of actual results. Forward-looking statements include statements regarding, among other things, the Company's future performance, including its 2023 outlook for sales, earnings, capital expenditures; our plans to gain market share; the increase in House of Sport locations over the next five years and conversion of 100 stores to premium full-service footwear decks; our ability to return significant capital to shareholders; expected share repurchases; the increased dividend on an annualized basis; our culture and common purpose goals; and the growth of our sales and earnings in 2023 through square footage growth, positive comps, and higher merchandise margin.

Factors that could cause actual results to differ materially from those expressed or implied in any forward-looking statements include, but are not limited to: current macroeconomic conditions, including inflationary pressures, the potential impact of rising interest rates, and disruptions in supply chains, whether caused by COVID-19 or the conflict in Ukraine or otherwise and the effectiveness of our measures to mitigate such impact; changes in consumer discretionary spending; investments in omni-channel and technology growth not producing the anticipated benefits within the expected time-frame or at all; risks relating to vertical brands and new retail concepts, including GameChanger; investments in business transformation and strategic initiatives not producing the anticipated benefits within the expected time-frame or at all; inventory turnover; changes in the competitive market and competition amongst retailers, including an increase in promotional activity; changes in consumer demand or shopping patterns and the ability to identify new trends and have the right trending products in stores and online; weather related disruptions and the seasonality of the Company's business; changes in existing tax, labor, foreign trade and other laws and regulations, including those imposing new taxes, surcharges, or tariffs; increasing labor costs; limitations on the availability of attractive retail store sites; risks associated with the brick and mortar retail store model, including our ability to optimize our store lease portfolio and our distribution and fulfillment network; unauthorized disclosure of sensitive or confidential customer information; website downtime, disruptions or other problems with the eCommerce platform, including interruptions, delays or downtime caused by high volumes of users or transactions, deficiencies in design or implementation, or platform enhancements; disruptions or other problems with information systems; redemption of the outstanding Convertible Senior Notes and unwind the bond hedge occurring within the anticipated timeline; increasing direct competition from vendors, and increasing product costs due to various reasons, including foreign trade issues, currency exchange rate fluctuations, and increasing prices for raw materials due to inflation; our ability to hire and retain quality teammates, including store managers and associates; the loss of key personnel; and negative reactions from customers, vendors and shareholders regarding Company policy changes and positions related to social and political issues.

For additional information on these and other factors that could affect the Company's actual results, see the risk factors set forth in the Company's filings with the Securities and Exchange Commission ("SEC"), including the most recent Annual Report filed with the SEC on March 23, 2022 and our most recent Quarterly Report filed with the SEC on November 23, 2022. The Company disclaims and does not undertake any obligation to update or revise any forward-looking statement in this presentation, except as required by applicable law or regulation. Forward-looking statements included in this presentation are made as of the date of this presentation.

EVERY SEASON STARTS AT
**DICK'S**
SPORTING GOODS

